# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL W. RYAN, | ) | Case No: 4:99CV3318 |
| | ) | |
| Petitioner, | ) | **ORDER DIRECTING CLERK** |
| | ) | **TO RETURN STATE COURT** |
| v. | ) | **RECORDS** |
| | ) | |
| HAROLD W. CLARKE, ET AL., | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court records filed as attachments to filing No. 15 be returned to State of Nebraska for appropriate disposition. The state court records may be picked up in Lincoln, Nebraska.

DATED this 1st day of December, 2006.

BY THE COURT

s/ *Richard G. Kopf*
United States District Court Judge