IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL W. RYAN,<br>　　　　Petitioner,<br><br>vs.<br><br>HAROLD W. CLARKE, et al.<br>　　　　Respondents. | CASE NO:  4:99cv3318<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　Petitioner's Sealed Exhibit numbers 1 and 2 from Competency Hearing

　　held 8/16/2001

　　Respondent's Exhibit numbers 101-115 from Competency Hearing

　　held 7/31/2002 - 8/1/2002

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　IT IS SO ORDERED.

　　May 2, 2007.

　　　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　United States District Judge